IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DATA MARKETING PARTNERSHIP, LP, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) Civil Action No. 4:19-cv-00800-O |
| v. | )<br>) |
| UNITED STATES DEPARTMENT OF LABOR, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and the Court's February 17, 2020 Scheduling Order, ECF No. 19, Eugene Scalia, Secretary of the U.S. Department of Labor, the U.S. Department of Labor, and the United States (collectively, "Defendants"), cross-move for summary judgment in the above-captioned action on the grounds stated in Defendants' accompanying brief, which sets forth the matters required by Local Rule 56.3(a). Defendants' combined brief in support of Defendants' cross-motion for summary judgment and in opposition to Plaintiffs' motions for summary judgment and for temporary restraining order and preliminary injunction, and a proposed order are submitted herewith.

Dated:  March 9, 2020                              Respectfully submitted,

                                                   JOSEPH H. HUNT
Of Counsel:                                        Assistant Attorney General

KATE S. O'SCANNLAIN                                BRAD P. ROSENBERG
Solicitor of Labor                                 Assistant Director
                                                   Civil Division, Federal Programs Branch
G. WILLIAM SCOTT
Associate Solicitor                                */s/ Galen N. Thorp*
                                                   GALEN N. THORP (VA Bar # 75517)
GLENN M. LOOS                                      Senior Counsel
Counsel for Litigation                             United States Department of Justice
                                                   Civil Division, Federal Programs Branch
KATRINA LIU                                        1100 L Street NW
Trial Attorney                                     Washington, D.C. 20530
United States Department of Labor                  Tel: (202) 514-4781 / Fax: (202) 616-8460
Office of the Solicitor                            galen.thorp@usdoj.gov

                                                   *Counsel for Defendants*

CERTIFICATE OF SERVICE

On March 9, 2020, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties to this action electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Galen N. Thorp*
GALEN N. THORP