IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DATA MARKETING PARTNERSHIP, LP et al., | § § § |
| Plaintiffs, | § § |
| v. | §  Civil Action No. 4:19-cv-00800-O |
| | § |
| UNITED STATES DEPARTMENT OF LABOR et al., | § § § |
| Defendants. | § § |

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order (ECF No. 37), final judgment is rendered for Plaintiffs. Accordingly, the Department's Opinion is set aside as arbitrary and capricious under the APA and contrary to law under ERISA, and Defendants are **ENJOINED** from refusing to acknowledge the ERISA-status of the Plan or refusing to recognize the Limited Partners as working owners of DMP.

**SO ORDERED** on this **28th day of September, 2020.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE