**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **DATA MARKETING** | § | |
| **PARTNERSHIP, LP et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No.  4:19-cv-00800-O** |
| | § | |
| **UNITED STATES DEPARTMENT** | § | |
| **OF LABOR et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

On September 28, 2020, the Court issued a Memorandum Opinion and Order (ECF No. 37). The Court inadvertently stated that "the Court Plaintiffs' Motion for Summary Judgment is **GRANTED** and **DENIES** Defendants' Cross Motion for Summary Judgment" on the first page of the Order. The Court will substitute a corrected order which will replace this sentence and read "the Court **GRANTS** Plaintiffs' Motion for Summary Judgment and **DENIES** Defendants' Cross Motion for Summary Judgment." No other change has been made.

**SO ORDERED** on this **29th day** of **September, 2020.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

1