IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DATA MARKETING PARTNERSHIP, LP and LP MANAGEMENT SERVICES, LLC, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:19-cv-00800-O |
| UNITED STATES DEPARTMENT OF LABOR, et al., | § § § § | |
| Defendants. | § | |

## POST-APPEAL SCHEDULING ORDER

This 13th day of December, 2022, the Court having considered the Joint Status Report submitted by the parties in response to the Court's November 2, 2022 Order [ECF No. 45], and good cause being shown;

IT IS ORDERED that:

1. The Defendants shall file their Motion for Remand to Agency (not to exceed 15 pages) on or before **December 30, 2022**.

2. The Plaintiffs shall file their response to Defendants' Motion for Remand to Agency (not to exceed 15 pages) on or before **January 31, 2023**.

3. The Defendants shall file their reply in support of their Motion for Remand to Agency (not to exceed 10 pages) on or before **February 17, 2023**.

4. Within 14 days after the Court rules on Defendants' Motion for Remand to Agency, the parties shall confer and submit a Joint Status Report including a proposed schedule for any further proceedings.

**SO ORDERED** on this **13th day** of **December, 2022**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE