IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | |
|---|---|
| DATA MARKETING PARTNERSHIP, LP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, et al., <br><br> Defendants. | Civil Action No. 4:19-cv-00800-O |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT**

The parties respectfully request that the Court grant a two-week extension, through September 15, 2023, for the parties to file their joint status report indicating their proposals for how this case should proceed. There is good cause to grant this extension:

1. The Court's August 11, 2023 Opinion and Order Denying Defendants' Motion to Remand [ECF No. 51] set a September 1, 2023 deadline for the parties' joint status report.

2. A fourteen- day extension would assist the parties in conferring and narrowing any disputes. Several relevant personnel at the U.S. Department of Justice and U.S. Department of Labor are on overlapping periods of personal leave. The parties will be best positioned to discuss proposals for how this case should proceed in early September, once relevant personnel have returned from leave.

3. No other deadlines have been scheduled in this case, and this extension will not prejudice any party.

1

| | |
|---|---|
| Dated:  August 21, 2023 | Respectfully submitted, |
| | |
| */s/ Jonathan D. Crumley (by permission)* | BRIAN M. BOYNTON |
| Jonathan D. Crumly, Sr. | Principal Deputy Assistant Attorney General |
| *Pro Hac Vice* | |
| **Freeman Mathis & Gary, LLP** | BRAD P. ROSENBERG |
| 100 Galleria Parkway, Suite 1600 | Assistant Director |
| Atlanta, GA 30339 | Civil Division, Federal Programs Branch |
| Tel: 770.8180000 | |
| Fax: 770.937.9960 | */s/ Galen N. Thorp* |
| Email: Jonathan.Crumly@fmglaw.com | GALEN N. THORP (VA Bar # 75517) |
| | Senior Trial Counsel |
| Robert G. Chadwick, Jr. | United States Department of Justice |
| Texas Bar No. 04056075 | Civil Division, Federal Programs Branch |
| **Freeman Mathis & Gary, LLP** | 1100 L Street NW |
| 7160 Dallas Parkway, Suite 625 | Washington, D.C. 20530 |
| Plano, Texas 75024 | Tel: (202) 514-4781 / Fax: (202) 616-8460 |
| Tel: 469.895.3003 | galen.thorp@usdoj.gov |
| Fax: 888.356.3602 | |
| Email: bob.chadwick@fmglaw.com | *Counsel for Defendants* |
| | |
| Michael L Jones | |
| Texas Bar No. 10929460 | |
| **Law Office of Michael Jones** | |
| 16901 Dallas Parkway, Suite 202 | |
| Addison, TX 75001 | |
| Tel: 214-954-9700 | |
| Email: mjones@henryandjones.com | |
| | |
| *Attorneys For Plaintiffs* | |

CERTIFICATE OF SERVICE

On August 21, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served the parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Galen N. Thorp*
GALEN N. THORP