UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISON

| | | |
|---|---|---|
| DATA MARKETING PARTNERSHIP, LP, *et al.*, | § § § | |
| Plaintiffs, | § § | Civil Action No. 4:19-cv-00800-O |
| v. | § § | |
| UNITED STATES DEPARTMENT OF LABOR, *et al.*, | § § § | |
| Defendants. | | |

## ORDER

Before the Court is the parties' Joint Motion for Extension of Time to File Status Report (ECF No. 52), filed on August 21, 2023. On August 11, 2023, the Court ordered the parties to submit a joint report indicating their proposal for how this case should proceed by September 1, 2023. ECF No. 51. The parties now seek a 14-day extension of the deadline to file this report. Having considered the motion and noting it is agreed, the Court **GRANTS** the parties' motion and **ORDERS** them to submit their joint report **no later than September 14, 2023**.

**SO ORDERED** this **21st day** of **August, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE