# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| DATA MARKETING PARTNERSHIP, LP, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| v. | ) Civil Action No. 4:19-cv-00800-O<br>) |
| UNITED STATES DEPARTMENT OF LABOR, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

## JOINT STATUS REPORT

Pursuant to this Court's August 11, 2023 Opinion and Order Denying Defendants' Motion to Remand (ECF No. 51), the parties submit this joint status report as to how this Court should proceed with this case. The parties jointly propose that the Court set the following briefing schedule:

* On or before January 15, 2024, Plaintiffs will file a motion for summary judgment regarding the issues remanded by the Fifth Circuit as to the permanent injunction requested by Plaintiffs (not to exceed 30 pages).

* On or before February 26, 2024, Defendants shall file their opposition to Plaintiffs' motion for summary judgment (not to exceed 40 pages).

* On or before March 18, 2024, Plaintiffs shall file a reply brief in support of their motion for summary judgment (not to exceed 20 pages).

There is good cause to enter this proposed briefing schedule. Due to the overlap of preexisting deadlines and obligations for undersigned counsel and in-house counsel for the parties, this is the earliest schedule practical for all parties. The parties agree that this proposed schedule will not prejudice any party.

1

Moreover, the parties agree that the sole remaining issue in this case is whether the Court should enter a permanent injunction as additional relief beyond the vacatur of the Department of Labor's Advisory Opinion, and that the issues remanded by the U.S. Court of Appeals for the Fifth Circuit must be addressed for that purpose.

For the foregoing reasons, the parties request that the Court enter the briefing schedule proposed above.

Dated:  September 14, 2023                                       Respectfully submitted,

/s/ Jonathan D. Crumly                                               BRIAN M. BOYNTON
Jonathan D. Crumly, Sr.                                                Principal Deputy Assistant Attorney General
*Pro Hac Vice*
**Freeman Mathis & Gary, LLP**                           JULIE STRAUSS HARRIS
100 Galleria Parkway, Suite 1600                           Assistant Director
Atlanta, GA 30339                                                       Civil Division, Federal Programs Branch
Tel: 770.8180000
Fax: 770.937.9960                                                      /s/ Galen N. Thorp
Email: Jonathan.Crumly@fmglaw.com              GALEN N. THORP (VA Bar # 75517)
                                                                                      Senior Trial Counsel
Robert G. Chadwick, Jr.                                            United States Department of Justice
Texas Bar No. 04056075                                           Civil Division, Federal Programs Branch
**Freeman Mathis & Gary, LLP**                           1100 L Street NW
7160 Dallas Parkway, Suite 625                             Washington, D.C. 20530
Plano, Texas 75024                                                    Tel: (202) 514-4781 / Fax: (202) 616-8460
Tel: 469.895.3003                                                       galen.thorp@usdoj.gov
Fax: 888.356.3602
Email: bob.chadwick@fmglaw.com                   *Counsel for Defendants*

Michael L Jones
Texas Bar No. 10929460
**Law Office of Michael Jones**
16901 Dallas Parkway, Suite 202
Addison, TX 75001
Tel: 214-954-9700
Email: mjones@henryandjones.com

*Attorneys For Plaintiffs*

CERTIFICATE OF SERVICE

On September 14, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served the parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Robert G. Chadwick Jr.*
Robert G. Chadwick, Jr.
