UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISON

| | |
|---|---|
| **DATA MARKETING PARTNERSHIP, LP**, *et al.*,  §§§§ | |
| Plaintiffs,  § | |
| § | Civil Action No. 4:19-cv-00800-O |
| v.  §§ | |
| **UNITED STATES DEPARTMENT OF LABOR**, *et al.*,  §§§ | |
| Defendants.  § | |

## ORDER

Before the Court is the parties' Joint Status Report (ECF No. 54), filed September 14, 2023. In their report, the parties confirm that (1) the sole remaining issue is whether the Court should enter a permanent injunction as additional relief beyond the vacatur of the Department of Labor's Advisory Opinion, and (2) the issues remanded by the Fifth Circuit must be addressed for that purpose. ECF No. 54 at 2. To that end, the parties propose a post-remand briefing schedule for summary judgment. After due consideration, the Court finds the proposed briefing schedule and the agreed page limitations to be appropriate. Accordingly, the Court **ORDERS** as follows:

1. Plaintiffs shall file their motion for summary judgment by **January 15, 2024**. The motion is not to exceed 30 pages.

2. Defendants shall file their response in opposition to the motion for summary judgment by **February 26, 2024**. The response is not to exceed 40 pages.

3. Plaintiffs shall file their reply in support of the motion for summary judgment by **March 18, 2024**. The reply is not to exceed 20 pages.

**SO ORDERED** this **15th day** of **September, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE