IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | |
|---|---|
| DATA MARKETING PARTNERSHIP, LP, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| v. | ) Civil Action No. 4:19-cv-00800-O<br>)<br>) |
| UNITED STATES DEPARTMENT OF LABOR, et al., | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

On August 22, 2022, the Fifth Circuit remanded to this Court for further analysis a permanent injunction previously issued by this Court against Defendants United States Department of Labor, Acting Secretary of Labor Julie A. Su, in her official capacity only, and United States of America. Since this analysis turns upon undisputed facts, Plaintiffs Data Marketing Partnership, LP ("DMP") and LP Management Services, LLC now move for summary judgment as to a permanent injunction, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.3. A brief in support of this Motion for Summary Judgment satisfying the requirements of Local Rule 56.3(b) is submitted herewith.

Respectfully submitted this 15th day of January 2024.

/s/ Jonathan D. Crumly, Sr.
Jonathan D. Crumly, Sr.
*Pro Hac Vice*
**Freeman Mathis & Gary, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
Tel: 770.8180000
Fax: 770.937.9960
Email: Jonathan.Crumly@fmglaw.com

Robert G. Chadwick, Jr.
Texas Bar No. 04056075
**Freeman Mathis & Gary, LLP**
5851 Legacy Circle, Suite 600
Plano, Texas 75024
Tel: 469.895.3003
Fax: 888.356.3602
Email: bob.chadwick@fmglaw.com

Michael L Jones
Texas Bar No. 10929460
**Law Office of Michael Jones**
16901 Dallas Parkway, Suite 202
Addison, TX 75001
Tel: 214-954-9700
Email: mjones@henryandjones.com

**Attorneys For Plaintiffs**

## CERTIFICATE OF SERVICE

On January 15, 2024, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I certify that I have served the parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Jonathan D. Crumly, Sr.
Jonathan D. Crumly, Sr.

2