IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | |
|---|---|
| DATA MARKETING PARTNERSHIP, LP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:19-cv-00800-O |

**CONSENT MOTION FOR EXTENSION OF TIME
FOR SUMMARY JUDGMENT BRIEFING**

Defendants respectfully request that the Court grant a six week extension, through May 10, 2024, for the Defendants to file their opposition to Plaintiffs' Motion for Summary Judgment. There is good cause to grant this extension:

1. The Court's February 15, 2024 Order [ECF No. 59] granted an extension through March 29, 2024 for Defendants' opposition to Plaintiffs' Motion for Summary Judgment.

2. The parties are currently engaged in productive discussion regarding whether a nonjudicial resolution of this matter is possible. Since February 15, the parties have held two conference calls, and exchanged four letters. Given the complexities of the case and the number of stakeholders, the parties need more time for negotiations to progress. An additional extension would allow the parties to either complete their negotiation or conclude that summary judgment briefing is still necessary.

1

3.      In addition, undersigned counsel and the Department of Labor's agency counsel for this matter have obligations in other matters that would make a shorter extension impractical, for purposes of continuing settlement discussions.  For example, agency counsel has a 200-page post-trial brief due on April 26, 2024.

4.      This extension will not prejudice any party.  Undersigned counsel conferred with Plaintiffs' counsel who stated that Plaintiffs consent to this motion and request that their reply brief be set for May 31, 2024, three weeks after Defendants' opposition brief.


Dated:  March 26, 2024                              Respectfully submitted,

                                                    BRIAN M. BOYNTON
                                                    Principal Deputy Assistant Attorney General

                                                    JULIE STRAUS HARRIS
                                                    Assistant Director
                                                    Civil Division, Federal Programs Branch

                                                    */s/ Galen N. Thorp*
                                                    GALEN N. THORP (VA Bar # 75517)
                                                    Senior Trial Counsel
                                                    United States Department of Justice
                                                    Civil Division, Federal Programs Branch
                                                    1100 L Street NW
                                                    Washington, D.C. 20530
                                                    Tel: (202) 514-4781 / Fax: (202) 616-8460
                                                    galen.thorp@usdoj.gov

                                                    *Counsel for Defendants*

CERTIFICATE OF SERVICE

On March 26, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served the parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Galen N. Thorp*
GALEN N. THORP