UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISON

| | |
|---|---|
| DATA MARKETING PARTNERSHIP, LP, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, *et al.*,<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§　Civil Action No. 4:19-cv-00800-O<br>§<br>§<br>§<br>§<br>§<br>§ |

## SECOND ORDER EXTENDING BRIEFING SCHEDULE

Before the Court is Defendants' Consent Motion for Extension of Time for Summary Judgment Briefing (ECF No. 60), filed on March 26, 2024. Noting that the extension request is unopposed by Plaintiffs and may facilitate nonjudicial resolution of this matter, the Court **GRANTS** the extension. Accordingly, the briefing schedule for Plaintiffs' Motion for Summary Judgment (ECF No. 56) is modified as follows:

1. Defendants **SHALL** file their response by **May 10, 2024**.

2. Plaintiffs **SHALL** file their reply by **May 31, 2024**.

**SO ORDERED** this **27th day** of **March, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE