**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORTH WORTH DIVISION**

|  |  |
|---|---|
| DATA MARKETING PARTNERSHIP, LP, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 4:19-cv-00800-O ) |
| UNITED STATES DEPARTMENT OF LABOR, et al., | ) ) ) |
| Defendants. | ) ) |

## <u>ORDER</u>

Before this Court is the parties Joint Motion for Extension of Time of All Deadlines ECF No. 86. For good cause shown, the Court enters the following case schedule.

1. Plaintiffs **SHALL** amend their Responses to Defendants' First and Second Requests for Production by **January 16, 2025**.

2. The fact discovery period **SHALL** be extended to **May 18, 2026**.

3. Plaintiffs **SHALL** file a motion for summary judgment on **July 15, 2026**.

4. Defendants **SHALL** file their opposition to Plaintiffs' motion for summary judgment consolidated with Defendants' cross-motion for summary judgment by **August 31, 2026**.

5. Plaintiffs **SHALL** file their reply brief in support of their motion for summary judgment consolidated with their opposition to Defendants' cross-motion for summary judgment by **October 13, 2026**.

6.  Defendants **SHALL** file their reply in support of their cross-motion for summary

   judgment by **November 27, 2026.**

**SO ORDERED** this ___ day of **December, 2025.**

_____

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE