IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DATA MARKETING PARTNERSHIP LP, ET AL., | § § § § § | |
| Plaintiffs, | | |
| v. | § § | Civil Action No. 4:19-CV-00800-O |
| UNITED STATES DEPARTMENT OF LABOR, ET AL., | § § § § § | |
| Defendants. | | |

## ORDER

Before the Court is the parties' Joint Motion for Extension of Time of All Deadlines (ECF No. 86). After reviewing the Motion, and noting it is jointly made, the Court finds good cause to **GRANT in part** the Motion.

Accordingly, the Court **ORDERS** as follows:

1. Plaintiffs **SHALL** amend their Responses to Defendants' First and Second Requests for Production by **January 16, 2025**.

2. The fact discovery period **SHALL** be extended to **March 17, 2026**.

3. Plaintiffs **SHALL** file a motion for summary judgment on **May 15, 2026**.

4. Defendants **SHALL** file their opposition to Plaintiffs' motion for summary judgment consolidated with Defendants' cross-motion for summary judgment by **June 30, 2026**.

5. Plaintiffs **SHALL** file their reply brief in support of their motion for summary judgment consolidated with their opposition to Defendants' cross-motion for summary judgment by **July 14, 2026**.

6. Defendants **SHALL** file their reply in support of their cross-motion for summary judgment by **August 28, 2026.**

1

**SO ORDERED** this **29th day** of **December, 2025.**

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**