**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| DATA MARKETING PARTNERSHIP, LP,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, *et al.*,<br><br>Defendants. | Civil Action No. 4:19-cv-00800-O |

**UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

Pursuant to Local Rule 83.12, Defendants the United States Department of Labor, Eugene Scalia, in his official capacity as Secretary of the United States Department of Labor and the United States hereby move the Court to withdraw Katie Carr Jacobs as counsel and to substitute Connor J. Ritschard as counsel.

1. Katie Carr Jacobs needs to withdraw from the case due to the press of other significant and time sensitive litigation deadlines.

2. Connor J. Ritschard is an attorney in the Department of Justice, Civil Division, Federal Program Branch. Defendants seek to substitute Mr. Ritschard as counsel in this matter. Mr. Ritschard is member of the Bar of New York in good standing and is eligible to appear in this Court pursuant to Local Rule 83.11.

3. Defendants will not be prejudiced by Katie Carr Jacobs' withdrawal. Plaintiffs do not oppose the motion.

For the foregoing reasons, Defendants respectfully ask the Court to grant its motion to withdraw attorney Katie Carr Jacobs from this matter and that her name be removed from all service lists in this case, including the Notice of Electronic Filing list. Further, Defendants respectfully asks the Court to permit the substitution of counsel Connor J. Ritschard and that parties provide filings and other documents regarding this case to his attention, as follows:

CONNOR J. RITSCHARD
N.Y. Bar No. 5849187
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 451-7745

A proposed order is attached to this motion

Dated: October 26, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

NOAH T. KATZEN
Assistant Branch Director

*/s/ Connor J. Ritschard*
CONNOR J. RITSCHARD
N.Y. Bar No. 5849187
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 451-77