**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

DATA MARKETING PARTNERSHIP, LP,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF LABOR, *et al.*,

Defendants.

Civil Action No. 4:19-cv-00800-O

**[PROPOSED] ORDER**

Having reviewed Defendants' Unopposed Motion to Withdraw and Substitute Counsel, the Court hereby GRANTS the motion. The Court approves the withdrawal of Katie Carr Jacobs as counsel for the Defendants in this matter, and orders that Connor J. Ritschard will be substituted as counsel for Defendants. The Clerk's Office is instructed to remove Katie Carr Jacobs from all service lists in this case, including the Notice of Electronic Filing list, and to add Connor. J. Ritschard to all service lists in this case, including the Notice of Electronic Filing list, to receive notices as counsel for the Defendants, as follows:

CONNOR J. RITSCHARD
N.Y. Bar No. 5849187
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 451-7745

Dated:_________________, 2026

______________________________
REED O'CONNOR
CHIEF UNITED STATES DISTRICT JUDGE